UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

Hand-Delivered

WILLIAM C. BURNHAM
PLAINTIFF

VS.

MISSION HOSPITAL
DEFENDANT

CIVIL ACTION NO.
1:18CV85

FILED
ASHEVILLE, N.C.
APR 02 2018
U.S. DISTRICT COURT
W. DIST. OF N.C.

JURISDICTION OF THIS COURT IS INVOKED PURSUANT TO 29 U.S.C. SEC. 794(A) THE REHABILITATION ACT. THE AMERICANS WITH DISABILITIES ACT 42 U.S.C. SEC 12101. THIS ACTION IS FOR INJUCTION AND DECLATORY JUDGEMENT ONLY. PLAINTIFF SEEKS NO MONEY OR ATTORNEY FEES.

VENUE IS PROPER IN THE WESTERN DISTRICT OF NORTH CAROLINA ASHEVILLE DIVISION WERE THE ACTS AND OMMISIONS OCCURED. IN BUNCOMBE COUNTY ASHEVILLE NORTH CAROLINA. ALSO DEFENDANT IS LOCATED IN THIS DIVISION AND PLAINTIFF IS LIVEING HOMELESS.
(PARTIES SEE BACK OF THIS PAGE)

# PARTIES

PLAINTIFF: WILLIAM C. BURNHAM, MAY BE SERVED WITH ALL RESPONSIVE PLEADINGS AND OR COURT DOCUMENTS TO THIS CIVIL ACTION AT U.S. POST OFFICE GENERAL DILIVERY OTEEN BRANCH ASHEVILLE, N.C. 28805

DEFENDANT: MISSION HOSPITAL 509 BILTMORE AVENUE, ASHEVILLE, N.C. 28801. ATTN: REGERSTED AGENT CORPATION LOCATION.

DEFENDANT MISSION HOSPITAL IS A RECEPINT OF FEDERAL FINICIAL ASSISTANCE VIA MEDICARE AND MEDICADE PAYMENTS FROM THE U.S DEPARTMENT OF HEALTH AND HUMAN SERVICES. ALSO IT RECEVES SUPPORT FROM CDC IN THE FLU OUT BREAKS. ALSO IT IS A 501 C 3 ORIGNATION.

IN REGURD TO THE AFOREMENTIONED MISSION HAS AGREED TO COMPLY WITH CIVIL RIGHTS OF NONDISCRIMANATION AND THE AMERICANS WITH DISBILITES ACT.

DEFENDANT AS A 501 C 3 ORIGZATION ALTHOUGH NOT ACTIONABLE IN A U.S. DISTRICT COURT BY PLAINTIFF IS PRESAIVE TO THE FACTS IN THIS CASE. DEFENDANT HAS DISCREMINATIONED AGAINST PLAINTIFF AS CONPAIRED TO OTHER SIMARLLY SITUATED PERSONS IN DENYING HIM ACCESS TO THE PARTS OF THE COMPLEX HOUSE RECORDS AND GREVENCE PROCEDURES AND CAFATURE THAT IS OPEN TO THE PUBLIC BY TELLING HIM HE WOULD BE ARESTED.

PLAINTIFFS ADA CLAIMS AMERICANS WITH DISABILITES ACT 42 U.S.C. SEC 12101 ARE SIMPLE AND ON POINT. (A) PLAINTIFF IS A QUALFIED INDIVUAL WITH A DISBILITY SEVER MOBILITY

INPAIRMENTS AND MUST USE AMBULATORY DIVECES FOR MOBILTY. HOSPITALS SUCH AS MISSION HAVE MANY U.S DEPARTMENT JUSTICE CIVIL RIGHTS DIVISION DISIBILITY RIGHTS SECTION TECHICIAL ASSISTANCE MANUALS FOR GUIDENCE SPECIFILY FOR HOSPITAL SETTINGS.

HOSPITAL AND MEDICIAL FACILITIES SHOULD AND HAVE BEEN HELD TO A HIGH STANARD FOR ADA ACCESSIBILITY DUE TO THE MUCH GREATER CHANSE OF DISABLED NEEDING ACCESSIBICITY.

IN THE CASE OF MISSION WERE THE U.S. DEPARTMENT OF JUSTICE'S ANTI TRUST DIVISION HAS ALLOWED A CORPATION TO TAKE OVER AN ENTIRE COUNTY AND CITY'S HOSPITAL SYSTEM THEY HAVE TAKEN THE CONPETIVENESS OUT. AND THE DENIAL OF ADA RIGHTS ARE MORE LIKELY.

PLAINTIFF HAS BEEN DISCRIMATED AGAINST BY MISSION HOSPITAL IN THE FULL ENJOYMENT OF IS MEDICIAL SEVVICES BY

NON COMPLIANCE WITH THE ADA AND THE ~~ADA~~ ADA STATORY GUIDELINES. IN NON-COMPLIANCE WITH THE PORPORTATION OF DISABLED PARKEING SPACES WHEN TAKEN OUT OF THE ENTIRE NUMBER OF PARKING SPACES.

SLOPES ENTERING THE E.R DEPT ON WHEELCHAIR RAMP ARE NOT WITHIN COMPLIANCE.

THERE IS NO ACCESSIBLE ROUTE OF TRAVEL FOR DISABLED PATRONS GOING TO THE EMGERCY DEPARTMENT.

THE AREA WERE RECORDS ARE HOUSED ARE SO NARROW PLAINTIFF COULD NOT EVEN GET OUT OF WHEELCHAIR AND GO ON CRUTCHES I MEAN WHAT THE HELL DID CONGRASS PASS THE LAW FOR.

THERE ARE SO MANY MORE VIOLATIONS PLAINTIFFS HAND WANT EVEN HOLD OUT TO WRITE THEM.

IN REGURD TO PLAINTIFFS INJUCTION PLEADING RELIFE LET HIM CLEARLY PLEAD THE FOLLOWING.

PLAINTIFF HAS BEEN DISCRIMINATED AGAINST BY DEFENDANT IN REGURD TO ACCESSBILITY AT MISSION HOSPITAL IN ASHEVILLE NORTH CAROLINA.

ACTS AND OMISSIONS OCCURED ON OR ABOUT MARCH 12TH 2018.

PLAINTIFF IS POSTIVE HE WILL RETURN TO SEEK SERVICES, RECORDS, AND FILE COMPLAINT IN THE FUTURE. PLAINTIFF HAS SUFFERED INREPALED HARM

RELIFE

AN INJUCTION TO CORRECT ACCESSIBILITY UNDER THE ADA.

AN INJUCTION TO SEEK RECORDS PLAINTIFF HAS RIGH TO WITHOUT THE THREAT OF ARREST AND EAT AT THE CAFATERY.

A DECLARTORY JUDGEMENT PLAINTIFF RIGHTS WERE VIOLATED.

Plaintiff William C. Burnham is an intended benifecery of the federal finicial assistance Mission Hospital because he has Medicare Part A & B.

Defendant Mission Hospital is a documented medicial provider for thoes who have Medicare..

Defendant Mission Hospital is also a provider of Medicade wich is administered by the state of N.C. but is in part funded by the federal goverment.

Plaintiff recalls 1 case were a grant from the federal goverment to fix a rail road crossing made the rail road company a receipent of federal finicial assistance.

The defendant also receives block grants, and other grants. That or in part or whole that federal funded.

---

Additional pleeding for 29 U.S.C. Sec 794 (A) ↑ ↑ ↑ ↑ ↑ (5)

THE UNDERSIGNED DECLARES UNDER PENALTY OF PERJURY HE IS PLAINTIFF AND ALL IS TRUE AND CORRECT 28 U.S.C. SEC 1746 AND 18 U.S.C. SEC 1621

WILLIAM C. BURNHAM
*William C. Burnham*
APRIL 2   2018

(6)